January 13, 1972

Beaver County Housing Authority to use of
Siciliano Brothers, Inc., Appellant, *v.*
Aetna Casualty and Surety
Company.

Argued November 11, 1971.
*Richard S. Crone,* with him *Crone and Cohen,* for appellant; *Robert S. Garrett,* with him *Egler, McGregor & Reinstadtler,* for appellee.

Order and judgment affirmed.
SPAULDING, J., absent.

Belovich, Appellant, *v.* Harris.

Argued November 9, 1971. *Paul A. Simmons,* with him *Hormell, Tempest, Simmons, Bigi & Melenyzer,* for appellant; *Robert L. Ceisler,* with him *Patrono, Ceisler, Edwards & Pettit,* for appellee.

Order affirmed.
SPAULDING, J., absent.

Blank *v.* Blank, Appellant.

Argued November 12, 1971.
*Allen N. Brunwasser,* for appellant; *J. D. Golding,* with him *Abraham Gratz,* for appellee.

Orders affirmed.
SPAULDING, J., absent.